# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**FILED**
MAR 1 9 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

ARNETT F. RAMSEY
#B82889
P.O. BOX 129, EAST ST. LOUIS IL 62203

Plaintiff/Petitioner(s)

v.

ST. CLAIR County, Prosecutors Off.
Prosecutor Joe Christ.
State of Illinois ET. AL.

MICHEAL COOK
J. COBB E. ST LOUIS POLICE
MILTON WHARTON JUDGE
MIKE METTES (ATTY)
PAUL STORMERMENT III (ATTY)

Defendant/Respondent(s)

Case Number: _____
(Clerk's Office will provide)

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

14-351-MJR

## JURISDICTION

Plaintiff: Arnette F. Ramsey       /s/ Arnett F. Ramsey

A.  Plaintiff's mailing address, register number, and present place of confinement.

Arnette F. Ramsey
#B82889
P.O. BOX 129 - East ST. Louis, IL, 62203

**Defendant #1:**

B.  Defendant __Joe Christ__ is employed as
    (a)    (Name of First Defendant)

__Former Prosecutor - States Attorney's Office, St. Clair County__
    (b)    (Position/Title)

with __States Attorneys Office, State of Illinois__
    (c)    (Employer's Name and Address)

__10. Public, Belleville, Illinois 62220.__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☑ Yes  ☐ No

If your answer is YES, briefly explain:

He was a States Attorney in ST. Clair County Courthouse State of Illinois.

(Rev. 7/2010)                               1

Defendant #2:

C. Defendant __Michael Cook__ is employed as
(Name of Second Defendant)

__Judge__
(Position/Title)

with __St. Clair Court House__
(Employer's Name and Address)

__10 Public Square__
__Bellville, IL 62220__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain:

HE WAS THE MAIN PARTY INVOLVED IN THIS LEGAL MATTER FROM 8-3-12 UNTIL THE CASE WAS FINAL. <u>Judge in Bellville Courthouse.</u>

Additional Defendant(s) (if any):

D. Using the outline set forth above, identify any additional Defendant(s).

East St. Louis Police Dept.
301 River Park Dr
East St. Louis IL 62201

J. Cobb - East St. Louis Police   St Clair Cty

Bellville
10 Public Square

Milton Wharton - Judge

120 S. Central
Suite 130
St. Louis Missouri 63105

Mike Mettes - Lawyer   Clayton, Mo

424 S. High St
Belleville IL 62220

Paul Stormement III - Lawyer   Bellville, IL

(Rev. 7/2010)                                        2

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?   ☒ Yes   ☐ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

1. Parties to previous lawsuits:
   Plaintiff(s): Aenette Ramsey

   Defendant(s): Thomas Gibbons, Esq
   Robert Hertz

2. Court (if federal court, name of the district; if state court, name of the county): Southern District of Illinois

3. Docket number: 12-CV-866-JPG

4. Name of Judge to whom case was assigned: J. Phil Gilbert

5. Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights.

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):
   Dismissed with Prejudice for failure to state a claim.

7. Approximate date of filing lawsuit: 7-12-2012

8. Approximate date of disposition: 8-22-2012

(Rev. 7/2010)                                          3 A.

Amended Part IIb.

Previous Lawsuit

A. Yes

B.

1.) Arnett Ramsey
 Plaintiff

 vs.

 St. Louis Police County
 Thomas Andrew Dittmeier
 Detective Patrice
  Defendant.

2.) Eastern District of Missouri (St. Louis)
3.) Docket # 4-13-cv-00186-DDN
4.) Judge Stephen N. Limbaugh Jr.
5.) Civil Rights.
6.) Dismissed without Prejudice failed to state a claim.
7.) Filing 1-28-2013
8.) Disposition 3-4-13

3b

**I.   PREVIOUS LAWSUITS**

   A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?   ☑ Yes   ☐ No

   B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

      1.   Parties to previous lawsuits:
           Plaintiff(s): Annette Ramsey

           Defendant(s): Gale Aulabaugh - of DBA Madison License + Check Express.

      2.   Court (if federal court, name of the district; if state court, name of the county): Southern District of Illinois

      3.   Docket number: Recently filed is Docket Number - 14-307-MJR.

      4.   Name of Judge to whom case was assigned: Havent Recieve.

      5.   Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights Complaint.

      6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending.

      7.   Approximate date of filing lawsuit: 2/28/14.

      8.   Approximate date of disposition: Currently Pending Amended - 3-10-14 Dismissed without Prejudice.

(Rev. 7/2010)            3 C

III. **GRIEVANCE PROCEDURE**

    A.    Is there a prisoner grievance procedure in the institution? ☒ Yes     ☐ No

    B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?     ☐ Yes     ☒ No

    C.    If your answer is YES,
        1.    What steps did you take?

            N/A

        2.    What was the result?

            N/A

    D.    If your answer is NO, explain why not. I wrote to the Attorney Registration and Disciplinary Commission, John Howard Association, Bluhm Legal Clinic, Medill Legal Clinic, ACLU.

    E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?     ☐ Yes     ☒ No

    F.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    G.    If your answer is NO, explain why not.

            Not a Prison Issue.

    H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

(Rev. 7/2010)                               4

IV. **STATEMENT OF CLAIM**

    A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Prosecutor Misconduct @ Belleville Courthouse

A Defendant in a Criminal matter has a Fundamental Right to Demand Trail. And the Plaintiff in the above Complaint, was Denied this Fundamental Rights which Amounts to A **6th Amendment Violation** of Plaintiffs Constitutional Rights.

— Case # 05-CF-01779 was Originally Assigned to Judge Milton Wharton But on August 3rd 2012 - Attorney Joe Christ had my case Re-Assigned to Judge Michael Cook: 8-3-2012

- And forced me to take 5-Years I.D.O.C time Against my will threatening me with A 65 Year Sentence at 100% - And that he could make that happen in front of Judge Cook. 8-3-2012

- Procedure was violated in that East St. Louis Police Officer J. Cobb Admitted in Open Court, that he forced witnesses Signatures on a Photo Line-up. And that he threatened and Coerced witness. Judge Wharton did not Dismiss evidence - which Amounts to A violation of my Due Process Rights - of the **14th Amendment**.

- Mike Mettes  ⎫ Attorneys - Created a Brady violation.
  Paul Storment ⎭             Concerning Case # 05-CF-01779.
                              Between February + March of 2012.
                              And 8-3-2012

*Arnett Ramsey*

(Rev. 7/2010)                                    5

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Because Plaintiffs Constitutional Rights were violated, Plaintiff seeks Monetary Relief - in amounts to be determined by the courts. Plaintiff prays for this Relief of $ 250,000.00 "Two Hundred Fifthy Thousand"

VI. **JURY DEMAND** *(check one box below)*

The plaintiff ☑ does ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 3-14-14 (date)

Signature of Plaintiff: Arnett Ramsey Pro Se'

P.O. Box 129 (Street Address)

Printed Name: Arnett F. Ramsey

East St. Louis IL 62203 (City, State, Zip)

Prisoner Register Number: # B82884

Signature of Attorney (if any): Arnett Ramsey

(Rev. 7/2010)   6

# **CERTIFICATE OF SERVICE**

I certify that a copy of this _3, Civil Rights Complaints_ was mailed/delivered
(Name of Document)

to _Clerk of U.S. district court_ on _3-14-2014_.
(Name and Address of Party/Attorney)                      (Date)

_United States district court_
_Southern district of Illinois_
_750 Missouri avenue_
_east St Louis Illinois 62201_

_Arnett Ramsey_
Signature

_Arnett Ramsey_
Printed Name